## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re LIBOR-Based Fin. Instruments Antitrust Liitg.; Fannie Mae v. Barclays Bank PLC et al.  Docket No.: 25-2756

Lead Counsel of Record (name/firm) or Pro se Party (name): Sam W. Cruse III / Gibbs & Bruns LLP

Appearance for (party/designation): Appellant Federal National Mortgage Association ("Fannie Mae")

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect.  Please change the following parties' designations:
   Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Sam W. Cruse III
Firm: Gibbs & Bruns LLP
Address: 1100 Louisiana St, Suite 5300, Houston, Texas 77002
Telephone: 713-650-8805          Fax: 713-750-0903
Email: scruse@gibbsbruns.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.  The short title, docket number, and citation are: See attached Continuation Sheet.
(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: See attached Continuation Sheet.

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: Sam W. Cruse III
Type or Print Name: Sam W. Cruse III
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# AKNOWLEDGMENT AND NOTICE OF APPEARANCE
# CONTINUATION SHEET

<u>This case has been before this Court previously. The short title, docket number, and citation are</u>:

*Gelboim v. Bank of Am. Corp.*, No. 13-3565(L), 823 F.3d 759 (2d Cir. 2016)

*Charles Schwab Corp. v. Bank of Am. Corp.* ("*Schwab I*"), No. 16-1189-cv, 883 F.3d 68 (2d Cir. 2018)

*Schwab Short-Term Bond Market Fund v. Lloyds Banking Group* ("*Schwab II*"), No. 17-1569(L), 22 F.4th 103 (2d Cir. 2021)

*Berkshire Bank v. Lloyds Banking Group plc*, 20-1987-cv, 2022 WL 5698192022 (2d Cir. Feb. 25, 2022)

<u>Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are</u>:

*Mayor and City Council of Balt., et al. v. Credit Suisse AG, et al.*, 1:11-cv-05450 (S.D.N.Y)

*Fed. Home Loan Mortg. Corp. v. Bank of Am. Corp. et al.*, 1:13-cv-03952 (S.D.N.Y.)

*Principal Funds, Inc., et al. v. Bank of Am. Corp. et al.*, 1:13-cv-06013 (S.D.N.Y.)

*Principal Fin. Grp., Inc., et al. v. Bank of Am. Corp., et al.*, 1:13-cv-06014 (S.D.N.Y.)